UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
KUCZYNSKI, JACEK  
KUCZYNSKI, EWA

Case No.: 17-21727 (RG)  
Chapter: 7  
Judge: ROSEMARY GAMBERDELLA

## NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ROSEMARY GAMBERDELLA on AUGUST 15, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 523 Salem Road<br>Union, NJ 07083<br><br>Current Market Value: $235,000.00 |
|---|---|

| Liens on property: | $276,852.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: /s/Jay L. Lubetkin, Chapter 7 Trustee  
FIRM NAME: Rabinowitz, Lubetkin & Tully, L.L.C.  
ADDRESS: 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039  
TELEPHONE NO: (973) 597-9100  
SUBMITTED BY: Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100  
DATED: July 12, 2017

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                               Case No. 17-21727-RG
Jacek Kuczynski                                                      Chapter 7
Ewa Kuczynski
        Debtors                      CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2          Date Rcvd: Jul 13, 2017
                              Form ID: pdf905            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db/jdb         +Jacek Kuczynski,    Ewa Kuczynski,    523 Salem Road,    Union, NJ 07083-7801
516870929      +American Express,    PO Box 1270,    Newark NJ 07101-1270
516870931     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,     PO Box 15019,    Wilmington DE 19886)
516870930      +Bank of America,    PO Box 31785,    Tampa Florida 33631-3785
516870945      +Bank of America Lowes/Synchrony Bank,    PO Box 31785 PO Box 530914,
                 Tampa Florida 33631 ATlanta GA 30353-0914
516870946      +Bank of America Macy’s,    PO Box 15019 PO Box 78008,
                 Wilmington DE 19886 Phoenix AZ 85060-5019
516870947      +Capital OneRetailServices/Lord & Quicken Loans Inc,     PO Box 71106 PO Box 6577,
                 Charlotte NC 28272 Carol Stream IL 60197-6577
516870932      +Capital OneRetailServices/Lord & Taylor,    PO Box 71106,    Charlotte NC 28272-1106
516870933      +Chase Bank,    PO Box 1423,   Charlotte NC 28201-1423
516870948      +Chase Bank Victoria’s Secret/Comenity Bank,     PO Box 1423 PO Box 659728,
                 Charlotte NC28201 San AntonioTX 78295-1423
516870934      +Citibank,    PO Box 9001016,    Louisville lKY 40290-1016
516870935     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:   Dell Preferred Account,     PO Box 6403,    Carol Stream IL 60197)
516870937      +Disney Visa,    PO Box 15123,    Wilmington DE 19850-5123
516870941      +Macy’s,   PO Box 78008,    Phoenix AZ 85062-8008
516870942      +Quicken Loans Inc,    PO Box 6577,    Carol Stream IL 60197-6577
516870943      +Victoria’s Secret/Comenity Bank,    PO Box 659728,    San AntonioTX 78265-9728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2017 23:20:58       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2017 23:20:54       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2017 23:15:48
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
516870936       E-mail/Text: bankruptcy@dcu.org Jul 13 2017 23:21:41       Digital Federal Credit Union,
                 220 Donald Lynch Blvd,    Marlborough MA 01752
516870938      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2017 23:15:48       GapVisa/Synchrony Bank,
                 PO Box 960017,    Orlando FL 32896-0017
516870944      +E-mail/Text: masmith@jfkhealth.org Jul 13 2017 23:21:25       JFK Medical Center,
                 80 James Street,    Newark NJ 07101 4th Floor,    Edison, NJ 08820-3938
516870939      +E-mail/Text: masmith@jfkhealth.org Jul 13 2017 23:21:25       JFK Medical Center,
                 80 James Street,    4th Floor,    Edison, NJ 08820-3938
516870940      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2017 23:16:02       Lowes/Synchrony Bank,
                 PO Box 530914,    ATlanta GA 30353-0914
516873554      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2017 23:16:02       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516870949*     +Citibank,   PO Box 9001016,    Louisville lKY 40290-1016
516870950*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:   Dell Preferred Account,     PO Box 6403,    Carol Stream IL 60197)
516870951*    ++DIGITAL FEDERAL CREDIT UNION,     220 DONALD LYNCH BLVD,    MARLBOROUGH MA 01752-4708
               (address filed with court:   Digital Federal Credit Union,     220 Donald Lynch Blvd,
                 Marlborough MA 01752)
516870952*     +Disney Visa,    PO Box 15123,    Wilmington DE 19850-5123
516870953*     +GapVisa/Synchrony Bank,    PO Box 960017,    Orlando FL 32896-0017
                                                                                 TOTALS: 0, * 5, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 13, 2017
                              Form ID: pdf905          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Geraldene Sherr Duswalt    on behalf of Joint Debtor Ewa   Kuczynski gduswalt@aol.com
              Geraldene Sherr Duswalt    on behalf of Debtor Jacek   Kuczynski gduswalt@aol.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```